

## The Rollins Law Firm, PLLC

**INVOICE**

Invoice # 7835
Date: 04/23/2025
Due On: 05/23/2025

P.O. Box 13767
Jackson, MS 39236

Magnolia Annette Sulton

### 05578-Sulton Magnolia

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 11/12/2024 | Drafted Invoice, Notice, First Application for Compensation, and proposed Order; drafted e-mail memo to TR with same attached for his review and approval; drafted e-mail memo to GM with attached Affidavit for her to obtain TR's signature and notarize. | 0.30 | $0.00 | $0.00 |
| Service | JC | 11/12/2024 | Reviewed e-mail memo from TR regarding Notice with Application, Invoice, and proposed Order; revised same; reviewed e-mail memo from SA with attached Affidavit; converted to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com | 0.20 | $0.00 | $0.00 |
| Service | JC | 11/13/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Proposed Order, Invoice, and Affidavit for filing with the Court. | 0.20 | $0.00 | $0.00 |
| Service | KAR | 11/15/2024 | Reviewed debtor's NDC profile and debtor made a payment for $888.50 on 11/4/24 | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/15/2024 | Contact Debtor (Text/Email): Drafted email to debtor providing a copy of her wage order to submit to her employer to begin making automatic | 0.10 | $100.00 | $10.00 |

| | | | plan payments | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 11/18/2024 | Review: Proof of Claim 24-02474-JAW JPMorgan Chase Bank, N.A. Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | KAR | 11/18/2024 | Review email from debtor: Reviewed email from debtor stating that her employer has started deducting her bk payments from her checks | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/18/2024 | Review email from debtor: Reviewed email from debtor inquiring on if she is required to complete a 2nd CCC as she has received solicitation from several ccc companies; drafted email to debtor informing her that she is required to take a 2nd CCC once her case is filed and provided her with the instructions for completing the course | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/18/2024 | Review email from debtor: Reviewed email from debtor inquiring on if she would be responsible for making her insurance and property tax payments; drafted email to debtor inquiring on whether her mortgage was being paid through the bk | 0.10 | $100.00 | $10.00 |
| Service | KAR | 11/18/2024 | Review email from debtor: Reviewed email from debtor stating that her mortgage was being paid through the bk; drafted email to debtor inquiring on if her property taxes and insurance we previously paid with her mortgage and if so, the payments should still be paid with the mortgage and she should not need to make those payments | 0.10 | $100.00 | $10.00 |
| Service | BB | 11/20/2024 | Contact Debtor (Text/Email): Reviewed best case for debtors Trustee for the link for their meeting of creditors. Drafted courtesy reminder text with the meeting information for their meeting of creditors zoom for tomorrow. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/21/2024 | Ch 13 Meeting of Creditors Torri Parker Martin | 0.80 | $360.00 | $288.00 |
| Service | TR | 11/22/2024 | Review: 24-02474-JAW Personal Financial Management Course (Certificate) Document# 16 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/22/2024 | Review: 24-02474-JAW Meeting of Creditors Held Document# | 0.10 | $0.00 | $0.00 |

Invoice # 7835 - 04/23/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 11/22/2024 | Review: Proof of Claim 24-02474-JAW Wells Fargo Bank, N.A., Wells Fargo Card Services Document # 3 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/26/2024 | Review and sign confirmation order via email | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/06/2024 | Review: 24-02474-JAW Notice of Mortgage Payment Change Document# 18 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/10/2024 | Review: Proof of Claim 24-02474-JAW USDA Rural Document # 4 | 0.20 | $360.00 | $72.00 |
| Service | TR | 12/10/2024 | Review docket for confirmation - no issues to resolve | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/12/2024 | Review: Proof of Claim 24-02474-JAW Citibank N.A. Document # 5 | 0.10 | $360.00 | $36.00 |
| Service | TR | 12/16/2024 | Review: 24-02474-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 21 | 0.10 | $0.00 | $0.00 |
| Service | TR | 12/16/2024 | Review: 24-02474-JAW Order Confirming Chapter 13 Plan Document# 20 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-02474-JAW Mariner Finance, LLC Document # 9 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-02474-JAW Jefferson Capital Systems LLC Document # 7 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-02474-JAW Jefferson Capital Systems LLC Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/02/2025 | Review: Proof of Claim 24-02474-JAW Jefferson Capital Systems LLC Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/02/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | KAR | 01/03/2025 | Review email from debtor: Reviewed email from debtor stating that her plan payments have gone up and she does not understand why as she is already having a hard time making her current plan payments as well as maintaining her other financial | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | responsibilities; drafted email to debtor requesting that she provide her two most recent months of pay stubs and an updated expense sheet | | | |
| Service | KAR | 01/09/2025 | Review and organize documents provided by debtor: Reviewed and organized updated bank and expenses provided by debtor via email | 0.20 | $100.00 | $20.00 |
| Service | KAR | 01/09/2025 | Drafted email to JC providing updated bank and expenses provided by debtor | 0.10 | $100.00 | $10.00 |
| Service | JC | 01/09/2025 | Contact Debtor (Text/Email): Drafted e-mail to debtor informing that the only way we can possibly lower her payments is if she has something she can surrender; informed her that I cannot guarantee lower payments but that the attorney can analyze her case | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/10/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring why payments increased, informing she has nothing to surrender, and inquiring if she can take off some of her debt; reviewed confirmed plan and docket for other documents; drafted reply e-mail to debtor attaching confirmed plan and informing her mortgage arrears amount was increased from the original amount; informed her that it is against BK law to remove debt from the case | 0.20 | $155.00 | $31.00 |
| Service | TR | 01/14/2025 | Review: 24-02474-JAW Order on Application for Compensation Document# 26 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/16/2025 | Review: Proof of Claim 24-02474-JAW Aidvantage on behalf of Document # 10 | 0.10 | $360.00 | $36.00 |
| Service | JC | 03/05/2025 | Reviewed e-mail memo from VM informing debtor is filing a complaint against her employer with the EEOC; drafted e-mail memo to TR regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/05/2025 | Call Debtor: Reviewed e-mail from TR informing Sch B needs to be amended and that we need to know if debtor hires a lawyer, if she gets paid, | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | and that it has to be paid into the BK; called debtor and explained same; she said that the company doesn't offer FMLA and she is off work for medical stress; she said that she hopes she doesn't have to hire an attorney and that she hasn't filed the EEOC complaint yet, that she is waiting on her doctor's report. | | | |
| Service | VM | 03/05/2025 | Call Debtor: Phone conference with debtor to return voicemail she left, debtor informed me she will be one payment behind due her having to do an unpaid medical leave due to health issues. She also informed me she will be filing a complain with EEOC against her employer and will let me know of any updates. Drafted email to JC for review. | 0.10 | $100.00 | $10.00 |
| Service | JC | 03/05/2025 | Drafted Amended Sch B; drafted e-mail to TR attaching same for his review. | 0.20 | $155.00 | $31.00 |
| Service | JC | 03/05/2025 | Reviewed e-mail from TR informing EEOC claims are for discrimination, what does her doctor have to do with it; drafted reply informing debtor said the company doesn't offer FMLA and she is off work for medical stress | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/06/2025 | Call Debtor: Review e-mail memo from TR regarding amended Schedule B; called debtor to obtain the name of her employer; discussed the nature of the EEOC claim - hostile work environment and job intimidation; she said she is not sure she is going to go through with filing the claim; debtor is going to report back to work tomorrow but has been looking for another job; she said she cannot continue to work for the company; discussed that once she resigns, she does not know if they will pay her time she has accumulated; discussed possible suspending payments but she wants to wait and see if she can handle it; discussed motion to dismiss after 60 days of delinquency. | 0.30 | $155.00 | $46.50 |
| Service | JC | 03/06/2025 | Revised Amended Schedule B; drafted e-mail via Clio e-sign to obtain debtor's signature on same; drafted text message to debtor to inform e- | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | mail was sent. | | | |
| Service | JC | 03/10/2025 | Reviewed Schedule B executed by debtor; prepared same for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | BB | 03/11/2025 | Incoming Call: Phone conference with debtor calling to inform us that she is now unemployed and looking for other employment. Drafted email memo to JC. | 0.10 | $100.00 | $10.00 |
| Service | JC | 03/12/2025 | Call Debtor: Reviewed e-mail from BB informing debtor requested a call as she was terminated from her job; called debtor; discussed termination; discussed possible job offer but at reduced pay; discussed suspension for 2 months and possibly lowering payments; she said multiple times that she wants to keep everything that she has; she has talked with her mortgage company about an assistance program; reviewed debtor's plan - unsecured debts has a sum amount and there is a sum amount in liquidation; drafted e-mail memo to TR attaching plan and explaining debtor's situation. | 0.30 | $155.00 | $46.50 |
| Service | JC | 03/13/2025 | Contact Debtor (Text/Email): Reviewed e-mail from TR regarding debtor's options; drafted text message to debtor informing she has too much equity in the house to convert, and we cannot lower her payment because of the liquidation amount; discussed mortgage assistance and suspension. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/18/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor requesting the amount of her monthly plan payment and informing she will pay when she gets her tax refund at the end of the month; drafted reply informing the amount and providing NDC website address. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/10/2025 | Reviewed e-mail from debtor informing she has secured a job but at less pay that when she filed; she said that she has contacted USDA regarding mortgage assistance and inquired about conversion; reviewed case notes; drafted reply informing that she does not qualify for conversion to chapter 7 due to the | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | equity in her house and we cannot lower her payment due to the liquidation; informed her that hopefully mortgage assistance will help. | | | |
| Service | JC | 04/10/2025 | Reviewed e-mail from debtor inquiring about a mortgage assistance program; drafted replay informing her to try MS Homesaver. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/22/2025 | Review: 24-02474-JAW Order Upon Debtor Directing Payments to Trustee Document# 30 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 04/22/2025 | Review: 24-02474-JAW Release of Wages Document# 29 | 0.10 | $0.00 | $0.00 |
| Service | TR | 04/22/2025 | Review and revise itemizations | 0.20 | $0.00 | $0.00 |
| Service | JC | 04/23/2025 | Reviewed 1st Application, Order, and Invoice filed in case; entered information into Lodestar Analysis spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; began drafting 2nd Application for Compensation. | 0.40 | $155.00 | $62.00 |
| Service | JC | 04/23/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$1,494.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/12/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $30.08 | $30.08 |
| Expense | 12/18/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $35.42 | $35.42 |
| Expense | 04/23/2025 | Mailing Expense - Fee Application: Mailing Expense - 2nd Fee Application Estimate | 1.00 | $47.38 | $47.38 |
| | | | **Expenses Subtotal** | | **$112.88** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 2.1 | $360.00 | $756.00 |
| Jennifer Curry Calvillo | | Attorney | 0.1 | $0.00 | $0.00 |
| Thomas Rollins | | Attorney | 0.5 | $360.00 | $180.00 |

Invoice # 7835 - 04/23/2025

| | | | | |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 0.5 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Jacki Curry | Non-Attorney | 2.7 | $155.00 | $418.50 |
| Jacki Curry | Non-Attorney | 0.7 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kirsten Raimey | Non-Attorney | 1.1 | $100.00 | $110.00 |
| | | | Subtotal | $1,607.38 |
| | | | Total | $1,607.38 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7199 | 12/11/2024 | $1,815.90 | $0.00 | $1,815.90 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7835 | 05/23/2025 | $1,607.38 | $0.00 | $1,607.38 |
| | | | Outstanding Balance | $3,423.28 |
| | | | Total Amount Outstanding | $3,423.28 |

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?   `7`   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?   `23`   parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.   `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.   `1`

**Disclaimer & User Agreement:**

By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate. Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

| | 80.5 |
|---|---|
| Date and Time: | Wed Apr 23 2025 09:46:46 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 161 |
| Sheets Per Envelope | 3.5 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                                   30.59 |
| Postage Cost: | $                                                   16.79 |
| Total Cost: | $                                  47.379999999999995 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED