IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Magnolia Annette Sulton            Case No. 24-02474-JAW
, Debtor                                                                              CHAPTER 13

### SECOND ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $1,795.50 | $20.40 | $1,815.90 | 26 | 01/14/2025 |
| $1,494.50 | $112.88 | $1,607.38 | n/a | n/a |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| $3,290.00 | $133.28 | $3,423.28 |  |  |



# INVOICE

Invoice # 7199
Date: 11/11/2024
Due On: 12/11/2024

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Magnolia Annette Sulton

## 05578-Sulton Magnolia

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | BM | 09/13/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting information to pull credit report | 0.10 | $155.00 | $15.50 |
| Service | BM | 09/16/2024 | Review email from debtor: Reviewed email from debtor with information to pull credit report | 0.10 | $155.00 | $15.50 |
| Service | BM | 09/16/2024 | Draft email to client to review credit report and provide us with a any debts not included in the report: Reviewed credit report and selected debts to import/exclude; drafted e-mail to debtors attaching credit report for review. | 0.10 | $155.00 | $15.50 |
| Service | BM | 09/16/2024 | Review email from debtor: Received email from debtor requesting me to email her an information packet, emailed to debtor. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 09/18/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents are needed to file; drafted email to debtor requesting driver's license, social security card, GIP, bank, pay, tax, and to complete ccc | 0.20 | $100.00 | $20.00 |
| Service | BM | 09/20/2024 | Review email from debtor: Reviewed email from debtor stating she would begin submitting documents soon. Debtor also inquired if she could submit photos of her drivers license and social security card, informed debtor that was acceptable. | 0.10 | $155.00 | $15.50 |
| Service | BM | 09/24/2024 | Contact Debtor (Text/Email): Drafted email | 0.10 | $155.00 | $15.50 |

Page 1 of 7

Invoice # 7199 - 11/11/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | to debtor asking when we can expect her to begin submitting documents. Also inquired if she had any questions about the paperwork process. | | | |
| Service | BM | 09/24/2024 | Review email from debtor: Reviewed email from debtor stating she'll begin submitting documents later this week | 0.10 | $155.00 | $15.50 |
| Service | CO | 10/01/2024 | Incoming Call: Phone conference with creditor regarding debtor's case. | 0.10 | $100.00 | $10.00 |
| Service | BM | 10/02/2024 | Review and organize documents provided by debtor: Information packet, pay stubs, bank statements, tax returns | 0.20 | $155.00 | $31.00 |
| Service | BM | 10/03/2024 | Reviewed file to determine if we have all documents needed for attorney review, drafted & sent list of missing items to debtor: Reviewed-Information packet, pay stubs, tax returns, bank statements. Drafted email to debtor with list of information, paystubs, and bank statements that are needed. | 0.40 | $155.00 | $62.00 |
| Service | BB | 10/04/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting an update on their student loan documents needed for their case due to debtor being non responsive. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/09/2024 | Review and organize documents provided by debtor: Reviewed and organized driver's license, social security card, additional GIP information, bank, and pay provided by debtor via email | 0.60 | $100.00 | $60.00 |
| Service | KAR | 10/09/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting additional bank and pay | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/09/2024 | Contact Debtor (Text/Email): Drafted email to debtor providing additional instructions for collecting her student loan data | 0.10 | $100.00 | $10.00 |
| Service | JC | 10/11/2024 | Contact Debtor (Text/Email): Drafted follow-up e-mail to debtor regarding obtaining her NSLDS. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 10/11/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting additional bank and pay | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/15/2024 | Review and organize documents provided by debtor: Reviewed and organized additional bank and pay provided by debtor via email | 0.20 | $100.00 | $20.00 |
| Service | KAR | 10/15/2024 | Review and organize documents provided | 0.10 | $100.00 | $10.00 |

Invoice # 7199 - 11/11/2024

| | | | by debtor: Reviewed and organized student loan data provided by debtor via email | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 10/15/2024 | review NSLDS | 0.20 | $360.00 | $72.00 |
| Service | BM | 10/16/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements for 5 accounts, drivers license, and social security card) to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.30 | $155.00 | $46.50 |
| Service | BM | 10/17/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report. Began preparation of Schedule A/B, Schedule I/J, SOFA, For 122 | 0.80 | $155.00 | $124.00 |
| Service | JAC | 10/18/2024 | Input Case - review & revise draft prepared by BM. Calculate deductions for income. Prepare I and J. Calcualte plan payment. review & save Lexis SSN search | 0.50 | $360.00 | $180.00 |
| Service | JC | 10/18/2024 | Contact Debtor (Text/Email): Drafted e-mail to debtor attaching creditor matrix for her review. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 10/18/2024 | Prepare SIgning Docs | 0.20 | $360.00 | $72.00 |
| Service | KAR | 10/21/2024 | Review email from debtor: Reviewed email from debtor stating that she needed to add an additional creditor; drafted email to debtor instructing her to provide the name, address, and amount she owes to the creditor | 0.10 | $100.00 | $10.00 |
| Service | JAC | 10/22/2024 | add ongoing mortgage + 1 mo arrears to plan. Recalculate plan pmt. Update J to remove mortgage pmt | 0.10 | $360.00 | $36.00 |
| Service | JAC | 10/22/2024 | Make changes to B per signing appt, add missing debt to F, prepare & send final bk to ∆ to review & sign | 0.30 | $360.00 | $108.00 |
| Service | JAC | 10/22/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | BM | 10/23/2024 | Contact Debtor (Text/Email): Drafted text to debtor to provide her with her case number. | 0.10 | $155.00 | $15.50 |
| Service | TR | 10/23/2024 | Review: 24-02474-JAW Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $360.00 | $72.00 |
| Service | JC | 10/24/2024 | Prepared notice of filing plan, reviewed Meeting of Creditors; reviewed Plan to | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | determine creditors in 3.2/3.4, researched registered agents for notice; drafted Notice of Filing Plan; drafted memo to JAC attaching same for her review. | | | |
| Service | KAR | 10/24/2024 | Contact Debtor (Text/Email): Reviewed Plan; drafted bankruptcy plan payments and other information letter (Yellow Page); drafted e-mail to debtor attaching same | 0.20 | $100.00 | $20.00 |
| Service | KAR | 10/24/2024 | Contact Debtor (Text/Email): Drafted text to debtor inquiring on whether she wanted to attend her Zoom Meeting of Creditors in the Jackson office or on her own | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/24/2024 | Review debtor's BK plan - debtor has a wage order; assigned wage order task list | 0.10 | $100.00 | $10.00 |
| Service | JAC | 10/24/2024 | review & approve drafted notice of plan | 0.20 | $360.00 | $72.00 |
| Service | JC | 10/25/2024 | Reviewed memo from JAC regarding Notice of Plan; revised same; converted to format in preparation for upload to CertificateofService.com adding name and address for an additional notice party. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 10/25/2024 | Review: Proof of Claim 24-02474-JAW Acura Financial Services Document # 1 | 0.20 | $360.00 | $72.00 |
| Service | TR | 10/25/2024 | Review: 24-02474-JAW Order Upon Employer Directing Deductions from Pay Document# 10 | 0.10 | $360.00 | $36.00 |
| Service | JC | 10/25/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 10/25/2024 | Contact Debtor (Text/Email): Drafted email to debtor regarding where she would like to attend her Meeting of creditors | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/25/2024 | Review email from debtor: Reviewed email from debtor stating that she would prefer to do the Zoom meeting on her own; drafted email to debtor to confirm whether she needed to do a practice zoom or not | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/29/2024 | Review email from debtor: Reviewed email from debtor inquiring on whether she could use her cell phone or if she needed to use her computer for the MOC; drafted email to debtor informing her that she could use her cell phone but that she would need to download the Zoom app and whichever device she intends to use on the day of her MOC needs to be the device she uses for | 0.10 | $100.00 | $10.00 |

Invoice # 7199 - 11/11/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | the practice Zoom | | | |
| Service | JC | 10/29/2024 | Reviewed Meeting of Creditors to determine debtor's trustee; reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee for meeting of creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card; reduced to include only the specific dates required by trustee; submitted all documents via online portal to trustee; organized in case file. | 0.30 | $155.00 | $46.50 |
| Service | JC | 10/30/2024 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 10/31/2024 | Review email from debtor: Reviewed email from debtor stating that she wanted to submit a payment to her trustee but was unsure of what address she would need to send the payment to; drafted email to debtor providing the correct mailing address for submitting her trustee payments | 0.10 | $100.00 | $10.00 |
| Service | TR | 11/11/2024 | Review and revise itemizations | 0.30 | $360.00 | $108.00 |
| **Non-billable services** | | | | | | |
| Service | KAR | 09/18/2024 | Contact Debtor (Text/Email): Reviewed debtor's credit report for student loans - debtor does have student loans; drafted email to debtor requesting student loan data | 0.10 | $100.00 | $10.00 |
| Service | KAR | 09/19/2024 | Review email from debtor: Reviewed email from debtor stating that she almost had all of her paperwork together and that she was hoping to have her case filed by the 2nd week of October; drafted email to debtor informing her of the timeline for filing and that she would need to submit her documents soon - inquired with debtor on whether she wants to schedule a drop off appointment or if she intended to email her documents | 0.10 | $100.00 | $10.00 |
| Service | BM | 10/18/2024 | Call Debtor: Call to debtor to go over the Ch 13 plan payment prepared by the attorney. Debtor had a few questions about how the payments will come from her payments and how often. Debtor also inquired about her student loan debt, I informed her that the attorney will go over her student loans at her signing. | 0.20 | $155.00 | $31.00 |

Invoice # 7199 - 11/11/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BM | 10/18/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $155.00 | $15.50 |
| Service | BM | 10/18/2024 | Call Debtor: Call to debtor to schedule signing with attorney. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 10/18/2024 | Review clio memo re: signing appointment scheduled | 0.10 | $360.00 | $36.00 |
| Service | KAR | 10/18/2024 | Reviewed related contacts to confirm emergency contacts are listed | 0.10 | $100.00 | $10.00 |
| Service | SA | 10/22/2024 | Administrative - non-billable work: Scanned and emailed signing docs to JAC | 0.10 | $100.00 | $10.00 |
| Service | JAC | 10/22/2024 | Update Contact | 0.10 | $360.00 | $36.00 |
| Service | SA | 10/22/2024 | Administrative - non-billable work: Changed Bucket to "Filed" in Lawmatics | 0.10 | $100.00 | $10.00 |
| Service | TR | 10/23/2024 | Review: 24-02474 Creditor Disk/Matrix Uploaded (ADI) Document# | 0.10 | $360.00 | $36.00 |
| Service | KAR | 10/28/2024 | Review email from debtor: Reviewed email from debtor stating that she would like to do a practice Zoom before her meeting of creditors; drafted email to debtor to ask if she wanted to do her practice Zoom on the 18th or 19th before her meeting on 11/21 | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/28/2024 | Review email from debtor: Reviewed email from debtor stating that she wanted to do her practice Zoom on Tuesday the 19th; drafted email to debtor to ask her if 2pm was a good time for us to do our practice Zoom | 0.10 | $100.00 | $10.00 |
| Service | KAR | 10/28/2024 | Review email from debtor: Reviewed email from debtor stating that she would like to do her practice Zoom on 11/19 at 2pm; scheduled appointment | 0.10 | $100.00 | $10.00 |
| | | | **Services Subtotal** | | | **$1,795.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/25/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $20.40 | $20.40 |
| | | **Expenses Subtotal** | | | **$20.40** |

Invoice # 7199 - 11/11/2024

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 2.1 | $360.00 | $756.00 |
| Thomas Rollins | Attorney | 0.6 | $360.00 | $216.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 1.2 | $155.00 | $186.00 |
| Breanne McDaniel | Non-Attorney | 2.5 | $155.00 | $387.50 |
| Clara Ortega | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kirsten Raimey | Non-Attorney | 2.3 | $100.00 | $230.00 |
| | | | Subtotal | $1,815.90 |
| | | | Total | $1,815.90 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7199 | 12/11/2024 | $1,815.90 | $0.00 | $1,815.90 |
| | | | Outstanding Balance | $1,815.90 |
| | | | Total Amount Outstanding | $1,815.90 |