## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Magnolia Annette Sulton**                    **Case No. 24-02474-JAW**
, Debtor                                                                      **CHAPTER 13**

### AFFIDAVIT

I, Thomas C. Rollins, Jr., being first duly sworn, depose and state as follows:

1.  I am an attorney licensed to practice law in the State of Mississippi and am one of the attorneys

    representing the debtor in the Chapter 13 case referenced in the attached Application.

2.  I have personal knowledge of the matters stated herein and am competent to testify to them.

3.  Attached to the Application as Exhibit "A" and/or "B" is a detailed statement of fees and expenses incurred

    in connection with my representation of the debtor in this matter.

4.  I hereby swear and affirm that the statements, fees, and expenses listed in Exhibit "A" and/or "B" are true,

    accurate, and represent a reasonable accounting of the work performed, as well as any costs incurred on

    behalf of the debtor.

5.  The fees and expenses detailed in Exhibit "A" and/or "B" are in accordance with customary rates for

    similar services and are fair, reasonable, and necessary under the circumstances of this Chapter 13 case.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
**Thomas C. Rollins, Jr.**

**SUBSCRIBED AND SWORN TO BEFORE ME,** this 23rd day of April , 20 25, by

Thomas C. Rollins, Jr.

_____
**Notary Public**

**My Commission Expires** _____

Exhibit "C"

*(Notary seal: STATE OF MISSISSIPPI — NOTARY PUBLIC — ID# 494096 — SHATON ANDREWS — Commission Expires Jan. 7, 2029 — RANKIN COUNTY)*