**Fill in this information to identify the case:**

Debtor 1: Magnolia Annette Sulton

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Mississippi (State)

Case number: 24-02474

Official Form 410S1

# Notice of Mortgage Payment Change   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service Centralized Servicing Center

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 8 6 8 6

**Date of payment change:** Must be at least 21 days after date of this notice: 07/15/2025

**New total payment:** Principal, interest, and escrow, if any: $ 887.42

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 0.00    New escrow payment: $ 249.34

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Payment Assistance/Subsidy Granted.

   Current mortgage payment: $ 0.00    New mortgage payment: $ 887.42

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Vanessa McDonald                                      Date  06/20/2025
Signature

Print:  Vanessa McDonald                                      Title  Bankruptcy Specialist
        First Name    Middle Name    Last Name

Company  USDA - Rural Housing Service
         Centralized Servicing Center

Address  PO Box 66879
         Number          Street

         St. Louis, MO 63166
         City                State    ZIP Code

Contact phone  (800) 349-5097 ext                           Email  sm.rd.so.bkr@usda.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Mississippi**
**PAYMENT CHANGE SUMMARY**

**Completed By:** Vanessa McDonald　　　　　　　　　　　　　　　　　06/20/2025
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Date)

**Debtor(s) & Address:** Magnolia Annette Sulton
106 Kenzie Ct.
Madison, MS 39110

**Case No.** 24-02474
**Claim No.** 4
**USDA Acct No.** 8 6 8 6

**Attorney & Address:** Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

**Trustee & Address:** i Parker Martin
Chapter 13 Bankruptcy Trustee
200 North Congress Street
Suite 400
Jackson, MS 39201

**Effective** 07/15/2025 **, the monthly ongoing payment is changing due to:**

No ✓ Yes　**ESCROW:**

No　Yes ✓ **OTHER:**　Payment Assistance/Subsidy Granted.

**PAYMENT CALCULATION**

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | | Principal & Interest | 795.34 |
| Less Subsidy | | Less Subsidy | 157.26 |
| Total P&I Payment | 0.00 | Total P&I Payment | 638.08 |
| | | | |
| Escrow | | Escrow | 249.34 |
| Escrow shortage | | Escrow shortage | |
| Total Escrow | 0.00 | Total Escrow | 249.34 |
| | | | |
| Fees | | Fees | |
| | | | |
| Total Payment | 0.00 | Total Payment | 887.42 |

Southern District of Mississippi

Case No. 24-02474
Claim No. 4

# CERTIFICATE OF SERVICE

I, Vanessa McDonald, do hereby certify that on 06/20/2025, I served copies of the Notice of Mortgage Payment Change, to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

**By U.S. Mail, postage prepaid:**

Debtor(s)

Magnolia Annette Sulton

106 Kenzie Ct.
Madison, MS 39110

**Via CM/ECF:**

Debtor's Attorney of Record:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

Chapter 13 Trustee:

i Parker Martin
Chapter 13 Bankruptcy Trustee
200 North Congress Street
Suite 400
Jackson, MS 39201

Date: 06/20/2025

/s/ Vanessa McDonald

Vanessa McDonald
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext.