**Fill in this information to identify the case:**

Debtor 1: Magnolia Annette Sulton

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Mississippi (State)

Case number: 24-02474

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service - CSC

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 8 6 8 6

**Date of payment change:** Must be at least 21 days after date of this notice: 02/15/2026

**New total payment:** Principal, interest, and escrow, if any — $ 1,038.30
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 249.34      New escrow payment: $ 400.22

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Annual HELOC Notice

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?
   - ☒ No
   - ☐ Yes.

   Current HELOC payment: $_____

   Reconciliation amount: + $_____ or
   - $_____

Official Form 410S1                     Notice of Mortgage Payment Change                     page 1

| Debtor 1 | Magnolia Annette Sulton | Case number (*if known*) 24-02474 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

|   | Amount of next payment (including reconciliation amount) | $_____ |
|---|---|---|
|   | Amount of the new payment thereafter (without reconciliation amount) | $_____ |

### Part 4: Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: ___   _____

   Current mortgage payment: $ __887.42__     New mortgage payment: $ __1,038.30__

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Vanessa McDonald                            Date  01/07/2026
   Signature

| Print: | Vanessa | | McDonald | Title | `Bankruptcy Specialist |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | USDA - Rural Housing Sevice - CSC |
|---|---|

| Address | PO Box 66879 |
|---|---|
| | Number   Street |
| | St Louis        MO      63166 |
| | City             State   ZIP Code |

| Contact phone | (800) 349 – 5097 | Email | sm.rd.so.bkr@usda.gov |
|---|---|---|---|

Official Form 410S1                Notice of Mortgage Payment Change                page 2

# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi
### PAYMENT CHANGE SUMMARY

**Completed By:** Vanessa McDonald  01/07/2026
(Date)

**Debtor(s) & Address:** Magnolia Annette Sulton
106 Kenzie Ct.
Madison, MS 39110

**Case No.** 24-02474
**Claim No.** 4
**USDA Acct No.** 8 6 8 6

**Attorney & Address:** Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

**Trustee & Address:** Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

**Effective** 02 15 2026, the monthly ongoing payment is changing due to:

No ___  Yes ✓  **ESCROW:**
No ✓  Yes ___  **OTHER:**

## PAYMENT CALCULATION

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 795.34 | Principal & Interest | 795.34 |
| Less Subsidy | 157.26 | Less Subsidy | 157.26 |
| Total P&I Payment | 638.08 | Total P&I Payment | 638.08 |
| | | | |
| Escrow | 249.34 | Escrow | 369.01 |
| Escrow shortage | | Escrow shortage | 31.21 |
| Total Escrow | 249.34 | Total Escrow | 400.22 |
| | | | |
| Fees | | Fees | |
| | | | |
| Total Payment | 887.42 | Total Payment | 1,038.30 |

| Southern District of Mississippi | Case No. | 24-02474 |
|---|---|---|
| | Claim No. | 4 |

# CERTIFICATE OF SERVICE

I, Vanessa McDonald, do hereby certify that on 01/07/2026, I served copies of the Notice of Mortgage Payment Change, to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

**By U.S. Mail, postage prepaid:**

Magnolia Annette Sulton

**Debtor(s)**

106 Kenzie Ct.
Madison, MS 39110

**Via CM/ECF:**

**Debtor's Attorney of Record:**

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

**Chapter 13 Trustee:**

Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

Date: 01/07/2026

/s/ Vanessa McDonald

Vanessa McDonald
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext.

```
E
USDA RURAL DEVELOPMENT           -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS              MO 63102

800-414-1226




MAGNOLIA ANNETTE SULTON                      YOUR LOAN NUMBER:
106 KENZIE CT.
MADISON                MS 39110

                                             DATE: 01/06/26


          *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 02/15/26 THROUGH 01/31/27.
------- ANTICIPATED PAYMENTS FROM ESCROW - 02/15/26 THROUGH 01/31/27 -------
                 INSURANCE                    3037.00
                 COUNTY TAX                   1391.14

             TOTAL PAYMENTS FROM ESCROW       4428.14

             MONTHLY PAYMENT TO ESCROW         369.01 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY - 02/15/26 THROUGH 01/31/27--------
          -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW   FROM ESCROW   DESCRIPTION     ANTICIPATED          REQUIRED
                        ACTUAL STARTING BALANCE       -760.09            738.04
FEB 26    369.01                                      -391.08           1107.05
MAR 26    369.01                                       -22.07           1476.06
APR 26    369.01                                       346.94           1845.07
MAY 26    369.01                                       715.95           2214.08
JUN 26    369.01                                      1084.96           2583.09
JUL 26    369.01                                      1453.97           2952.10
AUG 26    369.01                                      1822.98           3321.11
SEP 26    369.01                                      2191.99           3690.12
OCT 26    369.01                                      2561.00           4059.13
NOV 26    369.01      3037.00   INSURANCE             -106.99           1391.14
DEC 26    369.01                                       262.02           1760.15
JAN 27    369.01      1391.14   COUNTY TAX    ALP     -760.11    RLP     738.02

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    -1498.13.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
```

```
WILL BE COLLECTED FOR A PERIOD OF 48 MONTHS FROM FEBRUARY 15, 2026.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS         0.00.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.


------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                                   795.34
            ESCROW (1/12TH OF ANNUAL ANTICIPATED                   369.01
                DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS                        0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG                 0.00
            PLUS: SHORTAGE PAYMENT                                  31.21
            MINUS: SURPLUS CREDIT                                    0.00
            ROUNDING ADJUSTMENT                                      0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS                     157.26


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 02/15/26       1038.30
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS        738.02.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS          738.02.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
09/25          331.38      10/25          331.38      11/25          994.14   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
01/26    1391.14 COUNTY TAX                 00/00          0.00
00/00       0.00                            00/00          0.00
00/00       0.00                            00/00          0.00
```

```
E
USDA RURAL DEVELOPMENT           -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS              MO 63102

800-414-1226




MAGNOLIA ANNETTE SULTON                YOUR LOAN NUMBER:    [REDACTED]
106 KENZIE CT.
MADISON                 MS 39110
                                       DATE: 01/06/26


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING FEB 15, 2025 AND ENDING JAN 31,
2026. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE,
OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

              --- YOUR PAYMENT BREAKDOWN AS OF FEB 15, 2025 IS ---

                    PRINCIPAL & INTEREST          795.34
                    ESCROW DEPOSIT                309.67
                    OPTIONAL INSURANCE              0.00
                    REPLACE RESV/FHA SVC CHG        0.00
                    SHORTAGE                       21.71
                    DEFICIENCY                      0.00
                    SURPLUS                         0.00
                    ROUNDING                        0.00
                    LESS BUYDOWN/ASST PAYMENT       0.00
                    BORROWER PAYMENT             1126.72

         PAYMENTS TO ESCROW   --- PAYMENTS FROM ESCROW ----    -- ESCROW BALANCE --
MONTH    PRIOR PRJ   ACTUAL   PRIOR PRJ   ACTUAL DESCRIPTION   PRIOR PRJ     ACTUAL
NOV 24      0.00                                                   0.00    -400.52
DEC 24      0.00                                                   0.00    -400.52
JAN 25      0.00                          1391.14  COUNTY          0.00   -1791.66
                                        STARTING BALANCE         619.44   -1791.66
FEB 25    309.67        *                                        929.11   -1348.44
MAR 25    309.67   221.61*                                      1238.78   -1126.83
APR 25    309.67   221.61*                                      1548.45    -905.22
MAY 25    309.67        *                                       1858.12    -905.22
JUN 25    309.67        *                                       2167.79    -905.22
JUL 25    309.67   221.61
JUL 25             331.38*                                      2477.46    -352.23
AUG 25    309.67   331.38*                                      2787.13     -20.85
SEP 25    309.67   331.38*                                      3096.80     310.53
OCT 25    309.67        *                                       3406.47     310.53
```

```
NOV 25    309.67           *     2325.00    3037.00* INSURA    1391.14        -2726.47 A
DEC 25    309.67       331.38
                       331.38
                       331.38
                       331.38*                                 1700.81        -1400.95
JAN 26    309.67           **    1391.14        **             619.34 T       -1400.95

TOTALS                2984.49               4428.14
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS         619.34. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
   -2726.47.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT

TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
09/24         221.61         10/24         221.61      11/24         221.61
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
01/25    1391.14 COUNTY TAX                 00/00         0.00
00/00       0.00                            00/00         0.00
00/00       0.00                            00/00         0.00
```