**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Magnolia Annette Sulton

Case No. 24-02474

Chapter  13

Debtor(s).

## NOTICE OF CHANGE OF ADDRESS FOR A CREDITOR

| Creditor Old Address | Creditor New Address |
|---|---|
| Old Payment Address | New Payment Address |
| (Creditor Name) | (Creditor Name) |
| Citibank N.A. | Citibank N.A. - Exception Payments |
| 6716 Grade Ln. Bldg 9 Ste:9 | I Î Ï I ÆP[ ˇ • ȼ } ÃÜå |
| (Street Address and/or Post Office Box) | (Street Address and/or Post Office Box) |
| Louisville, KY 40213 | Ø|[ ¦^} &^ÊÁSŸÁ F€I G |
| (City, State, and Zip Code) | (City, State, and Zip Code) |

_/s/Clarissa Weyant_

Creditor or Attorney for the Creditor(s) Signature

Clarissa Weyant
_____

Printed Name & Bar No.(if attorney)

1000 Technology Dr, MS 504_____
Address

Ofallon Mo 63368_____
City, State, Zip

1-800-846-8444_____
Phone & Fax Number

Citipoc1@citi.com_____
E-Mail Address